# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3612

_____

John Rapa

*Plaintiff*

Jeanine Rapa, In a representative capacity for John Rapa

*Plaintiff - Appellant*

v.

Novartis Pharmaceuticals Corporation

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: June 9, 2015
Filed: June 23, 2015
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Jeanine Rapa, in a representative capacity for her deceased husband John Rapa, appeals from the order of the District Court[1] dismissing with prejudice a products-liability action originally brought by John Rapa against Novartis Pharmaceuticals Corporation. We have carefully reviewed the record and the parties' arguments on appeal, and we find no basis for reversal. See Plymouth Cnty., Iowa v. MERSCORP, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (reviewing de novo a district court's standing determination); see also In re Baycol Prods. Litig., 616 F.3d 778, 785 (8th Cir. 2010) (applying substantive state law to determine "who can qualify as a proper party for substitution"). Accordingly, we affirm.

_____

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.